SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

2018 NOV -2 PM 1:46

DEPUTY CLERK _____

| United States of America | ) |
|---|---|
| v. | ) |
| Helen Kim (1) | ) Case No. 3:18-MJ-715 BK |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Helen Kim                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

from on or about September 7, 2018, to on or about October 30, 2018, Helen Kim and Daniel Mendoza Jr., as principals and aiders and abettors, did use a facility in interstate and foreign commerce with the intent to promote and carry on an unlawful activity, that is a business enterprise involving prostitution in violation of Texas Penal Code Sec. 43.03, and thereafter performed and attempted to perform an act that promoted and established the unlawful activity, in violation of 18 U.S.C. § 1952(a)(3) and 2.

Date: 10/30/2018

_____
*Issuing officer's signature*

City and state:  Dallas, Texas

RENEE HARRIS TOLIVER, U. S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/30/18, and the person was arrested on *(date)* 11/1/18
at *(city and state)* Dallas, Texas 75251.

Date: 11/1/18

_____
*Arresting officer's signature*

Keith Green, Special Agent
*Printed name and title*

10731638

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Daniel Mendoza Jr. (2)<br><br>Defendant | )<br>)  Case No. 3:18-MJ-715 BK<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel Mendoza Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

from on or about September 7, 2018, to on or about October 30, 2018, Helen Kim and Daniel Mendoza Jr., as principals and aiders and abettors, did use a facility in interstate and foreign commerce with the intent to promote and carry on an unlawful activity, that is a business enterprise involving prostitution in violation of Texas Penal Code Sec. 43.03, and thereafter performed and attempted to perform an act that promoted and established the unlawful activity, in violation of 18 U.S.C. § 1952(a)(3) and 2.

Date: 10/30/2018

*Issuing officer's signature*

City and state: Dallas, Texas

RENEE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/30/18, and the person was arrested on *(date)* 11/1/18
at *(city and state)* Irving, TX 76053.

Date: 11/1/18

*Arresting officer's signature*

KEITH GREEN, SPECIAL AGENT
*Printed name and title*

10731688