## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:18–mj–00715–BK |
| | ) | |
| Daniel Mendoza, Jr | ) | |
|     Defendant. | ) | |

### <u>ORDER OF TEMPORARY COMMITMENT</u>

On this date the defendant made an initial appearance after having been arrested in this district for an offense against the laws of the United States.

The government moved for a hearing to determine whether any condition or combination of conditions will reasonably assure the defendant's appearances and the safety of any other person and the community (18 U.S.C. § 3142(f), as amended P.L. 98–473, 98 Stat. 1873).

Counsel for the defendant moved for a continuance of such hearing. IT IS, THEREFORE, ORDERED that the hearing is to be held on 11/14/2018 at 01:00 PM before Magistrate Judge David L. Horan, unless extended for good cause.*

IT IS FURTHER ORDERED that the defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

SIGNED 11/7/2018.


Renee Harris Toliver
Magistrate Judge

---

* A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.